UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CESAR FRANCO,<br><br>                *Plaintiffs*,<br>v.<br><br>ARROW TRUCK SALES, INC., et al.,<br><br>                *Defendants.* | Civil Action No. 22-4398(MCA)<br><br>ORDER |

      **THIS MATTER** comes before the Court by way of Defendants's National Truck Protection, Inc. motion to remand, Dkt. No. 14;

      and it appearing that Judge Espinosa issued a Report and Recommendation dated January 24, 2023, in which Judge Espinosa recommended that this Court grant Defendants's motion to remand, Dkt. No. 14; and

      it appearing that neither Defendant nor Plaintiff have filed any objections to the Report and Recommendation; and

      it appearing that for the reasons set forth in Judge Espinosa's Report and Recommendation;

      **IT IS** on this 8th day of March, 2023,

      **ORDERED** that Judge Espinosa's Report and Recommendation dated January 24, 2023 is **ADOPTED** and Defendant's motion is **GRANTED** and this matter shall be **CLOSED**.

                                                    *s/ Madeline Cox Arleo*
                                                    **Hon. Madeline Cox Arleo**
                                                    **United States District Judge**